# CELLIANT® TECHNOLOGY / SUMMARY OF CLINICAL STUDIES

| DATE | TITLE | PRIMARY INVESTIGATOR | SPONSORING INSTITUTION | SUMMARY RESULTS | PUBLICATION | NUMBER OF SUBJECTS |
|---|---|---|---|---|---|---|
| 2013-2014 | Randomized Controlled Trial Comparing the Effects of FarInfrared Emitting Ceramic Fabric Shirts and Control Polyester Shirts on Transcutaneous PO2 | Dr. Ian Gordon | Long Beach Memorial VA Hospital Western IRB | An average TCPO2 gain of over 8% across 71% of all subjects with clinically signifcant differences at a 99% degree of confidence. | Journal of Textile Science and Engineering | 153 |
| 2012 | Impacts of Subjects Socks with the Application of Celliant Technical Fibers on Trancutaneous Oxygen Pressure | Dr. Li Shaojing | Academy of Chinese Sciences | An average TCPO2 gain of 17% in subjects foot. | N/A | 100 |
| 2012 | Effect of Celliant Materials on Pain and Strength with Chronic Elbow and Wrist Pain | Dr. Ian Gordon | University of CA, Irvine Long Beach Veteran's Affairs Medical Center | Pain reduced and 10% increase in grip strength. | N/A | 70 |
| 2011 | Apparel with Far Infrared Radiation for Decreasing an Athlete's Oxygen Consumption during Submaximal Exercise | Dr. Darren Stefanyshyn / Dr. Jay Worobets | University of Calgary Human Performance Laboratory | Resulted in reduced consumption of VO2 | Research Journal of Textile and Apparel | 12 |
| 2008-2011 | Double blind, placebo controlled, crossover trial on the effect of Optically Modified Polyethylene Terephthalate Fiber mattress covers on sleep disturbances in patients with chronic back pain | Dr. Marcel Hungs / Dr. Annabel Wang | University of CA, Irvine Medical Center, Orange CA | Nighttime awakenings, sleep quality and sleep efficiency improved. | Abstract | 6 |
| 2009 | Transcutaneous Partial Pressure of Oxygen(TcPo2) as a Primary Endpoint to Assess the Efficacy of Celliant as a Vasoactive Material | Dr. Ian Gordon | University of CA, Irvine Long Beach Veteran's Affairs Medical Center | An average TCPO2 gain of 7% and an average gain in grip strength of 12%. | Abstract | 51 |
| 2009 | Effect of Optically Modified Polyethylene Terephthalate Fiber Socks on Chronic Foot Pain | Dr. Ian Gordon / Dr. Robyn York | University of CA, Irvine Medical Center, Orange CA | Statistically significant reduction of pain and improved comfort for subjects. | BioMed Central Complementary & Alternative Medicine | 55 |

HOLOGENIX, LLC 2019

## CELLIANT® TECHNOLOGY / SUMMARY OF CLINICAL STUDIES (CONTINUED)

| DATE | TITLE | PRIMARY INVESTIGATOR | SPONSORING INSTITUTION | SUMMARY RESULTS | PUBLICATION | NUMBER OF SUBJECTS |
|---|---|---|---|---|---|---|
| 2005 | Celliant Study of Thirteen Healthy Subjects | Dr. Graham McClue | University of Texas A&M Houston, Texas | An average increase in TCPO2 levels from 10% to 24%. | Abstract | 13 |
| 2003 | Improving Blood Flow with Celliant in the Hands and Feet of High-Risk Diabetics | Dr. Lawrence Lavery | Loyola University Chicago, Chicago, IL | An average increase in TCPO2 levels from 12% in the hands and 8% in the feet. | Abstract | 20 |

## CELLIANT® TECHNOLOGY / SUMMARY OF PHYSICAL STUDIES

| DATE | SUBJECT | PRIMARY INVESTIGATOR | SPONSORING INSTITUTION | PUBLISHED (YES/NO) | JOURNAL/ PUBLICATION | OUTCOME |
|---|---|---|---|---|---|---|
| 2012 | Principals of IR | Dr. Michael Hamblin | Harvard/ Wellman Center for Photomedicine | No | Photonics and Lasers in Medicine | Far Infrared Radiation (FIR) Its Biological Effects and Medical Applications. |
| 2016 | IR Emissivity | Dr. David Anderson | Exponent | Yes | Optics Express | Emissivity increased by .14 MW per CM2 at fabric temperature of 32 Celsius with a 42% Celliant fabric vs. control. |
| 2016 | Solar IR Emissivity | Dr. David Anderson | Exponent | Yes | Biomedical Optics Express | Emissivity increased by approximately 10x when sunlight is also used to power Celliant technology. |