UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MULTIPLE ENERGY TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>HOLOGENIX, LLC,<br><br>    Defendant. | CV 19-1483 PA (RAOx)<br><br>PRELIMINARY INJUNCTION |

In accordance with the Court's June 3, 2019, Order granting the Motion for Preliminary Injunction filed by plaintiff Multiple Energy Technologies, LLC ("Plaintiff"),

IT IS HEREBY ORDERED that defendant Hologenix, Inc. ("Defendant") is preliminarily enjoined from making any statement in any forum including but not limited to statements: (1) on its website, (2) on a social media platform, or (3) to any member of the press, that states that the Food and Drug Administration has "approved" Hologenix's product Celliant for any use.

IT IS SO ORDERED.

DATED: June 3, 2019

                                                  Percy Anderson
                                     UNITED STATES DISTRICT JUDGE