**WHITE AND WILLIAMS LLP**
Thomas E. Butler (*pro hac vice*)
butlert@whiteandwilliams.com
Nicole A. Sullivan (*pro hac vice*)
sullivann@whiteandwilliams.com
7 Times Square, Suite 2900
New York, NY 10036-6524
(212) 714-3070
(212) 631-4420

*Attorneys for Plaintiff and Counter-Defendant*
*Multiple Energy Technologies, LLC*

**POLSINELLI LLP**
Noel S. Cohen (CA Bar No. 219645)
Ilana Zelener (CA Bar No. 311584)
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone: 310.556.1801
Facsimile: 310.556.1802
Email: ncohen@polsinelli.com
Email: izelener@polsinelli.com

*Attorneys for Defendant and Counterclaimant Hologenix LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Multiple Energy Technologies, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Hologenix, LLC,<br><br>    Defendant.<br><br><br>Hologenix, LLC,<br><br>    Counterclaimant,<br><br>v.<br><br>Multiple Energy Technologies, LLC,<br><br>    Counter-Defendant. | Case No. 2:19-cv-1483-PA-RAO<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

# **ORDER**

The Stipulation for Dismissal is accepted and approved. The Complaint and Counterclaim are both dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED: March 10, 2020

_____
Hon. Percy Anderson
U.S. District Court Judge