**WHITE AND WILLIAMS LLP**
Thomas E. Butler (*pro hac vice*)
butlert@whiteandwilliams.com
Nicole A. Sullivan (*pro hac vice*)
sullivann@whiteandwilliams.com
7 Times Square, Suite 2900
New York, NY 10036-6524
(212) 714-3070
(212) 631-4420

**PARKER MILLS LLP**
David B. Parker (Cal. Bar No. 72192)
parker@parkermillsllp.com
800 West 6th St., Suite 500
Los Angeles, CA 90017-2702
(213) 622-4441

*Attorneys for Plaintiff and Counter-Defendant Multiple Energy Technologies, LLC*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Multiple Energy Technologies, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Hologenix, LLC,<br><br>    Defendant.<br><br><br>Hologenix, LLC,<br><br>    Counterclaimant,<br><br>v.<br><br>Multiple Energy Technologies, LLC,<br><br>    Counter-Defendant. | Case No. 2:19-cv-1483-PA-RAO<br><br>**[PROPOSED] ORDER**<br><br>Before: Hon. Percy Anderson<br><br>Filed concurrently with:<br>(1) *Ex Parte* Application;<br>(2) Memorandum of Points and Authorities; and<br>(3) Declaration of Thomas E. Butler |

On July 21, 2020, Plaintiff Multiple Energy Technologies, LLC ("Plaintiff" or "MET") filed an *Ex Parte* Application for an Order to Show Cause why Defendant Hologenix, LLC ("Defendant" or "Hologenix") should not be held in civil contempt for violating the Court's So-Ordered Permanent Injunction dated March 10, 2020 in the above-captioned case (the "Permanent Injunction") and why the Permanent Injunction should not be enforced

Upon consideration of Plaintiff's *Ex Parte* Application, the accompanying Memorandum of Points and Authorities, Declaration of Thomas E. Butler and exhibits in support thereof, as well as Hologenix's Opposition to the *Ex Parte* Application, and finding good cause for said Application, **IT IS HEREBY ORDERED** that:

1) The *Ex Parte* Application for an Order to Show Cause why Hologenix should not be held in civil content is hereby **GRANTED**;

2) Hologenix shall appear before this Court on _____, 2020, at _____, at the United States District Courthouse, Central District of California, 350 W. 1st Street, Courtroom 9A, 9th Floor, Los Angeles, California 90012 to show cause why an order of civil contempt should not be issued and, at that time, Hologenix shall show cause why it should not be sanctioned through civil conduct for having engaged in the conduct set forth in MET's Application;

3) Any opposition papers shall be filed and serve no later than _____, 2020, and any reply papers shall be filed and served no later than _____, 2020. In addition to the service requirements under this Court's Local Rules, both MET and Hologenix shall provide the Court and each other with courtesy copies, *via* email, of all papers filed by no later than 5:00 p.m. PST on the date the papers are due.

4) MET shall immediately serve a copy of this Order on Hologenix or its counsel by overnight mail and electronic mail and file proof of such service no later _____, 2020;

**IT IS SO ORDERED**, this __ day of ___ 2020.

_____
HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

3